UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DE'ANDRAE FLOWERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZACHARY TOON,<br><br>　　　　　Defendant. | No. 1:19-cv-01027-NONE-JLT (PC)<br><br>**ORDER REFERRING THE CASE TO POST-SCREENING ADR PROJECT AND STAYING THE CASE FOR 90 DAYS** |

　　　Plaintiff is a state prisoner proceeding *pro se* in this civil rights action. This Court has screened Plaintiff's first amended complaint, (Doc. 14), and found that it states at least one cognizable claim for relief. (Docs. 21, 22.) Defendant has been served and filed an answer on December 13, 2021. (Doc. 30.)

　　　The Court is referring all civil rights cases filed by *pro se* inmates to post-screening Alternative Dispute Resolution to attempt to resolve such cases more expeditiously and less expensively. In appropriate cases, defense counsel from the California Attorney General's Office have agreed to participate in ADR. No claims, defenses, or objections are waived by the parties' participation.

　　　The Court, therefore, STAYS this action for 90 days to allow the parties to investigate Plaintiff's claims, meet and confer, and participate in an early settlement conference. The Court presumes that all post-screening civil rights cases assigned to the undersigned will proceed to a

settlement conference. However, if, after investigating Plaintiff's claims and meeting and conferring, either party finds that a settlement conference would be a waste of resources, the party may opt out of the early settlement conference. Accordingly, the Court **ORDERS**:

1. This action is **STAYED for 90 days** to allow the parties an opportunity to settle their dispute before the discovery process begins. No pleadings or motions may be filed in this case during the stay. The parties shall not engage in formal discovery, but they may engage in informal discovery to prepare for the settlement conference.
2. **Within 40 days** from the date of this order, the parties SHALL file the attached notice, indicating their agreement to proceed to an early settlement conference or their belief that settlement is not achievable at this time.
3. **Within 45 days** from the date of this order, the assigned Deputy Attorney General SHALL contact the undersigned's Courtroom Deputy Clerk at shall@caed.uscourts.gov to schedule the settlement conference.
4. If the parties reach a settlement during the stay of this action, they **SHALL** file a Notice of Settlement as required by Local Rule 160.
5. The Clerk of the Court **SHALL** serve via email a copy of this order on ADR Coordinator Sujean Park.
6. The parties are obligated to keep the Court informed of their current addresses during the stay and the pendency of this action. Changes of address must be reported promptly in a Notice of Change of Address. *See* Local Rule 182(f).

IT IS SO ORDERED.

Dated: __December 14, 2021__          _____ /s/ Jennifer L. Thurston
                                      CHIEF UNITED STATES MAGISTRATE JUDGE

2