UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DE'ANDRAE FLOWERS,<br><br>    Plaintiff,<br><br>    v.<br><br>TOON,<br><br>    Defendant. | Case No. 1:19-cv-01027-JLT-BAK (EPG) (PC)<br><br>ORDER REQUIRING DEFENDANT'S COUNSEL TO CONTACT COURTROOM DEPUTY TO SCHEDULE SETTLEMENT CONFERENCE<br><br>ORDER EXTENDING STAY FOR SIXTY (60) DAYS<br><br>**THIRTY (30) DAY DEADLINE** |

On December 14, 2021, the Court entered an order referring the case to post-screening Alternative Dispute Resolution and staying the case for ninety days, or until March 14, 2022. (ECF No. 31.) Due to a scrivener's error, the Court ordered the Deputy Attorney General to contact the Courtroom Deputy Clerk to schedule the settlement conference. (*Id.*) Defendant Zachary Toon is employed by the Fresno County Sheriff's Office as a correctional officer at the Fresno County Jail. (ECF No. 30.) As such, he is represented by the County of Fresno Office of the County Counsel.

The parties agree that an early settlement conference would be productive and have agreed to participate in a settlement conference. (*See* ECF Nos. 38, 39.)

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. **Within thirty (30) days**, Counsel for the Defendant shall contact the Courtroom Deputy Clerk at shall@caed.uscourts.gov to schedule the settlement conference.
2. If the parties reach a settlement during the stay of this action, they **SHALL** file a Notice of Settlement as required by Local Rule 160(a).
3. The stay of this action is extended for **sixty (60) days**.

IT IS SO ORDERED.

Dated:   **March 30, 2022**          /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE