UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DE'ANDRAE FLOWERS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>TOON,<br><br>　　　　　　　Defendant. | Case No. 1:19-cv-01027-JLT-BAK (EPG) (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE MICHAEL DE'ANDRAE FLOWERS, CDCR# BG-3184<br><br>DATE: May 26, 2022<br>TIME:  1:00 p.m. |

**Michael De'Andrae Flowers, CDCR #BG-3184**, a necessary and material witness in a settlement conference on May 26, 2022, is confined at the California City Correctional Facility, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to appear before Magistrate Judge Erica P. Grosjean, by Zoom video conference from his place of confinement, on Thursday, May 26, 2022, at 1:00 p.m.

ACCORDINGLY, IT IS ORDERED that:

　　　1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to appear via video conference before the United States District Court at the time and place above, until completion of the settlement conference, or as ordered by the court.

　　　2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

　　　3.  The Clerk of Court is directed to serve a copy of this order via fax on the Litigation Office at California City Correctional Facility at (760) 246-7051 or via email.

　　　4.  Any difficulties connecting to the Zoom video conference shall immediately be reported to Michelle Rooney, Courtroom Deputy, at mrooney@caed.uscourts.gov.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California City Correctional Facility**

　　　**WE COMMAND** you to produce the inmate named above to appear telephonically at the time and place above, until completion of the settlement conference, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **May 3, 2022**              /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

