1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL DE'ANDRAE FLOWERS,              Case No.  1:19-cv-01027-JLT-BAK (EPG) (PC)

12                    Plaintiff,             ORDER DIRECTING SERVICE OF
                                             SUBPOENA BY THE UNITED STATES
13          v.                               MARSHALS SERVICE WITHOUT
                                             PREPAYMENT OF COSTS
14   TOON, et al.,
                                             (ECF No. 37)
15                    Defendants.

16                                           ORDER DIRECTING CLERK TO ATTACH
                                             COPY OF SUBPOENA TO THIS ORDER
17

18          This action proceeds on an Eighth Amendment medical indifference claims against

19   Defendant Toon and Does 1–3.  (ECF Nos. 15, 21.)  On September 10, 2021, the Court granted

20   Plaintiff leave to discover the identity of Does 1–3 and file a notice of substitution within ninety

21   days.  (ECF No. 23.)  The Court granted Plaintiff leave to issue subpoenas to identify Does 1–3

22   and directed the Clerk of Court to send subpoena forms to Plaintiff.  (ECF Nos. 23, 37.)

23          On December 14, 2021, the Court entered an order referring the case to post-screening

24   ADR and staying the case for ninety days, or until March 14, 2022.  (ECF No. 31.)  Upon motion

25   by Plaintiff, the Court granted Plaintiff an extension of time to serve unidentified defendants and

26   ordered Plaintiff to file a notice of substitution by June 24, 2022.  (ECF No. 37.)  The Court

27   noted: "Because the case is stayed, the Court will not act on a motion for service of the

28   subpoenas until the stay is lifted."  (*Id.* at 2 n.3.)

This matter was scheduled for a settlement conference on May 26, 2022.  (ECF No. 41.)  However, after reviewing the Defendant's confidential settlement conference statement, (ECF No. 46), on May 25, 2022, the Court cancelled the settlement conference.  (ECF Nos. 47, 49.)  On the same day, the Court ordered the parties to file scheduling and discovery statements within thirty days.  (ECF No. 48.)

Plaintiff did not file a motion for service of the subpoenas.  Instead, he sent a letter to the Clerk of Court requesting service by the U.S. Marshals Service on Fresno County Sheriff Margaret Mimms and on Counsel for Defendant Toon.[1]  Plaintiff attached three copies of a subpoena requesting "[d]uty rosters for C/Os who worked at the Fresno County Jail, north jail, fourth floor on 5/11/18–5/14/2018 and those who **responded** to the riot on 5/11/18."

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court shall forward the following documents to the United States Marshals Service ("USM"):

    a. One (1) completed and issued *subpoena duces tecum* to be served on:

> **Litigation Coordinator**
> **Fresno County Jail**
> **North Annex Jail**
> **1265 M Street**
> **Fresno, CA 93721**

    a. One (1) completed USM-285 form; and

    b. Two (2) copies of this order, one to accompany the subpoena and one for the United States Marshals Service.

2. The Clerk of Court is directed to attach a copy of the completed subpoena to this order.

3. Within TWENTY (20) DAYS from the date of this order, the USM SHALL effect personal service of the subpoena, along with a copy of this order, upon Fresno County Jail pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

4. The USM is directed to retain a copy of the subpoena in its file for future use.

---

[1] Personal service on counsel for the County of Fresno is not required.

5.      Within TEN (10) DAYS after personal service is effectuated, the USM SHALL file the return of service.

6.      Within FOURTEEN (14) DAYS after service is effectuated, Fresno County Jail may provide the responsive documents to the Court *in camera* via email at **EPGorders@caed.uscourts.gov**.  Alternatively, the Litigation Coordinator may provide the documents directly to Plaintiff at his current address:

> **Michael De'Andrae Flowers, BG-318**
> **California City Correctional Facility**
> **P.O. Box 2696**
> **California City, CA 93504**

IT IS SO ORDERED.

Dated:   **June 6, 2022**                            /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE

3