UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DE'ANDRAE FLOWERS,<br><br>Plaintiff,<br><br>v.<br><br>TOON, et al.,<br><br>Defendants. | Case No.  1:19-cv-01027-JLT-BAK (EPG) (PC)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR SERVICE ON DEFENDANTS' COUNSEL WITH COPY OF PLAINTIFF'S SCHEDULING AND DISCOVERY STATEMENT<br><br>(ECF No. 57) |

Plaintiff Michael De'Andrae Flowers is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983.  On June 27, 2022, Plaintiff filed a scheduling and discovery statement as ordered.  (ECF No. 53)  Plaintiff filed the instant motion requesting the Court to serve Defendants' counsel with a copy of this pleading because he has been unable to access the law library to make a copy for service.  (ECF No. 57.)

Under Local Rule 135, service of paper copies of pleadings filed after the complaint is not required on parties and attorneys registered for electronic filing under CM/ECF procedures.  L.R. 135(a).  This rule provides:

**Service of Electronic Documents**. "Service" as utilized in these Rules includes electronic service as set forth in the CM/ECF procedures in these Rules. "Notice of Electronic Filing" is a notice automatically generated by CM/ECF at the time a document is filed with the system. This Notice will constitute automatic service of the document on all others.  This Notice will set forth the time of filing, the name of the parties and attorney(s) filing the document, the type of document, the text of the docket entry, the name of the parties and/or attorney(s) receiving the notice,

and an electronic link (hyperlink) to the filed document that allows recipients to retrieve the document automatically.  Service via this electronic Notice constitutes service pursuant to Fed. R. Civ. P. 5(b)(2)(E).

L.R. 135(a).  Under the Court's procedures, when Plaintiff filed his scheduling and discovery statement, a notice of electronic filing was automatically generated by the CM/ECF system.  This notice gives Defendants' attorneys access to the document and constitutes service.  (*Id.*)  Therefore, no further service is needed on Plaintiff's scheduling and discovery statement or anything else he files with the Court.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion requesting the Court to serve Defendants' counsel with a copy of the scheduling and discovery statement, (ECF No. 57), is DENIED AS MOOT.

IT IS SO ORDERED.

Dated:   **July 29, 2022**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE