UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DE'ANDRAE FLOWERS,<br><br>Plaintiff,<br><br>v.<br><br>TOON, et al.,<br><br>Defendants. | Case No. 1:19-cv-01027-JLT-BAK (EPG) (PC)<br><br>ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO SERVE UNIDENTIFIED DEFENDANTS<br><br>(ECF No. 59)<br><br>THIRTY (30) DAY DEADLINE |

Plaintiff Michael De'Andrae Flowers ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983. This action proceeds on Eighth Amendment medical indifference claims against Defendant Toon and Does 1–3 raised in the first amended complaint. (ECF Nos. 14, 15, 21.)

The Court previously granted Plaintiff leave to issue subpoenas to discover the identity of Does 1–3 and ordered Plaintiff to file a notice of substitution by June 24, 2022. (ECF Nos. 23, 37.) Upon motion by Plaintiff, the Court extended this deadline to August 5, 2022. (ECF Nos. 52, 56.)

Plaintiff has filed the instant motion seeking a second extension of time to substitute the Doe defendants. (ECF No. 59.) Plaintiff states that he received the duty roster he had subpoenaed, but he was unable to ascertain the identities of the Doe defendants due to heavy redaction and the number of correctional officers on the roster. (*Id.*) Plaintiff has requested from

1 defense counsel the specific names of officers involved and needs additional time to receive the
2 information and file the notice of substitution. (*Id.*)  The Court finds good cause to grant
3 Plaintiff's request for additional time to file a notice of substitution.
4      Accordingly, IT IS HEREBY ORDERED that Plaintiff's second motion for an extension
5 of time (ECF No. 59) is GRANTED.  Within thirty (30) days from the date of service of this
6 Order, Plaintiff shall file a notice of substitution that provides individual names for the Doe
7 defendants.

IT IS SO ORDERED.

Dated:   **August 15, 2022**                    /s/ Erica P. Grosjean
                                                                        UNITED STATES MAGISTRATE JUDGE