UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DE'ANDRAE FLOWERS, | Case No. 1:19-cv-01027-JLT-CDB (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S REQUEST FOR MODIFICATION OF SCHEDULING ORDER |
| v. | |
| TOON, *et al.*, | (Doc. 71) |
| Defendants. | |
| | FURTHER ORDER TO SHOW CAUSE |
| | (Doc. 69) |
| | **FOURTEEN (14) DAY DEADLINE** |

Plaintiff Michael De'Andrae Flowers is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983. This action proceeds on Eighth Amendment medical indifference claims against Defendant Toon ("Defendant") and Does 1–3 raised in the first amended complaint. (Docs. 14, 15, 21.)

On November 16, 2022, the Court entered an order granting Plaintiff an additional forty-five days, or by December 30, 2022, to substitute the Doe defendants; and granting Defendant a ninety-day extension of the deadline for filing a motion for summary judgment based on non-exhaustion of administrative remedies. (Doc. 68.)

On December 7, 2022, Defense counsel filed a declaration in which he attests he has been

1  diligently investigating this case, but he will be unable to complete necessary discovery on
2  exhaustion until the Doe defendants are identified.  (Doc. 71.)  Defendant requests further
3  modification of the scheduling order by suspending the remaining deadlines pending resolution
4  of the Doe defendants' status, or in the alternative, extending the deadlines by at least 120 days.
5  (*Id.* at 3–4.)
6        Suspension of the deadlines pending a determination of exhaustion issues serves the
7  interest of conserving the resources of the parties and the Court.  Accordingly, the Court finds
8  Defendant's request for modification of the discovery and scheduling order (Doc. 55) is
9  appropriate.
10        On November 16, 2022, this Court also entered an Order to Show Cause requiring
11  Defendant to show why he should not be compelled to respond to outstanding discovery.  (Doc.
12  69.)  The Court appreciates Defendant's detailed account of discovery exchanged by the parties
13  and is satisfied by counsel's representations.  (*See* Doc. 70.)  However, in his declaration in
14  support of the present request for scheduling modification, counsel states that, "upon further
15  consideration and consultation, I believe the identity of these Doe defendants, one whose role
16  would have substantial bearing upon a forthcoming motion, must be first resolved before the
17  defense can properly prepare the same."  (Doc. 71 at ¶ 9.)  The Court directs Defense Counsel to
18  clarify whether he is aware of the identity of any of the Doe defendants and has withheld the
19  information due to procedural errors in Plaintiff's discovery requests.
20        Accordingly, it is HEREBY ORDERED:
21      1.    **Within fourteen (14) days**, Defendant shall further show cause why the identities
22  of the Doe defendants have been withheld, if this information is in his possession; and
23  / / /
24  / / /
25  / / /
26
27
28

2

2. Defendant's motion for modification of the scheduling order (Doc. 71) is GRANTED. The deadlines in the Court's scheduling order (Doc. 55) are vacated and will be reset as appropriate.

IT IS SO ORDERED.

Dated: __**December 9, 2022**__          _____
                                          UNITED STATES MAGISTRATE JUDGE