UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DE'ANDRAE FLOWERS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO, *et al.*,<br><br>Defendants. | Case No. 1:19-cv-01027-JLT-CDB (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING DEFENDANTS DOES 1–3**<br><br>(Doc. 74) |

      The Court first ordered Plaintiff to substitute Does 1–3 on September 10, 2021. (Doc. 23.) Plaintiff engaged in efforts to discover the identity of the unknown defendants, and the Court granted Plaintiff numerous extensions of time to file a notice of substitution. On November 9, 2022, Plaintiff filed a fifth request for an extension of time, indicating that he had not received a response to a discovery request for a video of the Doe defendants. (Doc. 67.)

      To resolve existing discovery disputes, on November 16, 2022, the Court entered an order to show cause requiring (1) Plaintiff identify in a filing any additional discovery materials and documents he seeks to facilitate substitution of the Doe defendants, and to attach copies of discovery requests and responses concerning the Doe defendants; (2) Defendant to show why he should not be compelled to respond to outstanding discovery requests or allow Plaintiff to conduct additional discovery; and (3) Defendant to explain the nature and source of any delays allegedly caused by Plaintiff. (Doc. 69.) The parties' responses were due within fourteen days.

(*Id.* at 4.)

Defendant filed a timely response and provided a detailed account of the discovery exchanged by the parties, as well as a response to a second order to show cause regarding the identity of the Doe defendants. (Docs. 70, 72–73.) The Court discharged the orders to show cause as to Defendant. (Docs. 72, 74.) However, Plaintiff failed to respond to the order to show cause, and the order to show cause was not discharged as to Plaintiff. Because of this and the numerous extensions of time, the Court ruled that Plaintiff could not pursue further discovery regarding the Doe defendants. (Doc. 74.)

On January 9, 2023, the assigned magistrate judge issued findings and recommendations to dismiss the Doe defendants because of Plaintiff's failure to identify and substitute the unknown defendants despite the effort and time expended. (*Id.*) The findings and recommendations were served on plaintiff and provided him 14 days to file objections thereto. (*Id.* at 5.) Plaintiff has not filed objections, and the time do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on January 9, 2023 (Doc. 74) are adopted in full.
2. Defendants Does 1–3 are DISMISSED; and
3. This case is referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **January 31, 2023**                                    /s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE