**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL DE'ANDRAE FLOWERS,<br><br>Plaintiff,<br><br>v.<br><br>TOON, *et al.*,<br><br>Defendants. | Case No. 1:19-cv-01027-JLT-CDB (PC)<br><br>ORDER DENYING CONSTRUED MOTION FOR RECONSIDERATION OF ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING DEFENDANTS DOES 1–3<br><br>(Docs. 76, 78) |

On January 9, 2023, the assigned magistrate judge issued findings and recommendations to dismiss the Doe defendants for Plaintiff's failure to identify them and file notices of substitution. (Doc. 74.) Although the Court afforded Plaintiff an opportunity to file objections, he failed to do so within the time frame allotted. Accordingly, on January 31, 2023, the Court entered an order adopting the findings and recommendations in full and dismissing Does 1–3. (Doc. 76.) On February 24, 2023, Plaintiff filed untimely objections to the findings and recommendations. (Doc. 78.) The Court construes this filing as a motion for reconsideration of the order adopting the findings and recommendations, and in light of the procedural history of this case, the motion is denied.

On August 24, 2021, this Court entered an order allowing this case to proceed on Plaintiff's claims of deliberate indifference to serious medical needs against Correctional Officer ("CO") Toon and Does 1–3. (Doc. 22.) On September 10, 2021, the Court entered an order

1    granting Plaintiff 90 days to discover the names of the Doe defendants and to file a notice of
2    substitution as appropriate. (Doc. 23.) The Court cautioned: "If, within 90 days, Plaintiff fails to
3    file a notice of substitution that provides the actual name of the Doe defendants, the Court will
4    recommend dismissal of his claims against these defendants without prejudice." (*Id.* at 1–2.)

5    Plaintiff belatedly filed a motion for an extension of time to serve the Doe defendants and
6    a request for subpoena forms. (Doc. 36.) The Court granted the motion, directed the Clerk to
7    send subpoena forms to Plaintiff and ordered Plaintiff to file a notice of substitution by June 24,
8    2022. (Doc. 37.) Instead of filing a motion for service of the subpoenas, Plaintiff returned the
9    subpoenas to the Clerk of Court, seeking to discover the identities of the Doe defendants, and
10   requested service by the U.S. Marshals Service.

11   On June 6, 2022, the Court ordered service of Plaintiff's subpoenas and, thereafter,
12   granted several extensions of the time to conduct discovery to learn the identities of and
13   substitute the Doe defendants. (Doc. 50.) Plaintiff's third extension of time to complete
14   discovery lapsed on October 24, 2022, (*see* Doc. 63), but Plaintiff still had not substituted the
15   Doe defendants.

16   On November 9, 2022, Plaintiff filed a motion seeking a fourth extension of time to
17   substitute the Doe defendants. (Doc. 67.) In support of his motion, Plaintiff represented he had
18   requested "discovery of video of the doe defendants and has not received the request." (*Id.*) On
19   November 16, 2022, the Court granted Plaintiff a 45-day extension to discover the identities of
20   and substitute the Doe defendants. (Doc. 68.) The order reiterated the cautionary language from
21   the Court's previous order granting an extension of time: "Failure to [timely substitute Doe
22   defendants] may result in a recommendation to dismiss the unidentified, unserved defendants."
23   (*Id.* at 4.)

24   Also on November 16, 2022, the Court issued an order to show cause to address
25   discovery concerns raised by Plaintiff. (Docs. 64, 69.) Plaintiff had previously moved to conduct
26   additional discovery and indicated that defense counsel objected to the discovery requests as
27   compound and in excess of the 15-request limit. However, because Plaintiff did not provide the
28   Court with copies of Plaintiff's discovery requests and Defendants' responses, the Court was

1   unable to understand the nature of any discovery disputes and what actions the Court could take
2   to remedy the issues. Accordingly, the Court ordered: "To move this case forward by substituting
3   or dismissing the Doe defendants, the Court directs Plaintiff to report in a filing what discovery he
4   still needs and to attach copies of discovery requests and responses concerning the Doe
5   defendants." (*Id.* at 3.) Plaintiff did not and has not filed the report the Court ordered him to file
6   more than three months ago.

7         Defendant Toon filed a response to the order to show cause and represented that he had
8   "complied with all of Plaintiff's discovery requests as well as those ordered by the Court." (Doc.
9   70 at 3.) Defendant provided a detailed chronology of his receipt of Plaintiff's discovery requests
10  and his original and supplemental responses to those requests, including production of written
11  materials, photographs, and video. In response to a specific inquiry from the Court, Defendant
12  denied having any knowledge of the identity of the Doe defendants, and Defendant represented
13  he had produced to Plaintiff the names and photographs of all COs on duty on the date of the
14  incident at issue. (Docs. 72, 73). When Plaintiff referenced a female CO whose picture he was
15  seeking, Defendant indicated he would provide a photograph and name of a female deputy who
16  investigated the inmate riot.  (Doc. 73 at 2.)

17        On January 9, 2023, the Court issued findings and recommendations to dismiss Does 1–3
18  because Plaintiff did not comply with the Court's November 8, 2022, order requiring him to
19  submit a report addressing outstanding discovery. (Doc. 74). Plaintiff did not file timely
20  objections, and on January 31, 2023, the district judge adopted the findings and
21  recommendations in whole and dismissed the Doe defendants. (Doc. 76.)

22        Thereafter, on February 24, 2023, Plaintiff belatedly filed objections to the findings and
23  recommendations. (Doc. 78.) In this pleading, Plaintiff represents he only received the Court's
24  findings and recommendations to dismiss the Doe defendants on February 10, 2023, i.e., ten days
25  after the district judge already had adopted the findings and recommendations. (Doc. 78.)
26  Accepting Plaintiff's representation of late receipt as true, the Court construes the objections as a
27  motion for reconsideration of its order adopting the finding and recommendations.
28        In his pleading, Plaintiff complains that Defendant's responses to his discovery requests

were "inadequate." (*Id.*) In particular, Plaintiff states he informed Defendant that the list of COs provided in discovery was incomplete because it did not identify a female CO who was on scene during the riot. (*Id.* at 2.) Plaintiff also reports for the first time that he has identified two of the Doe defendants but needs additional time to identify the female Doe. (*Id.*)

Despite repeated orders and extensions of time to identify and substitute the Doe defendants, Plaintiff has not sought to substitute the two Does he purports to have identified. Aside from the identity of the female deputy, Plaintiff does not offer detailed explanation of other deficiencies in Defendant's discovery responses. Notably, Plaintiff never complied with the November 8, 2022, order to provide the Court with copies of his discovery requests and Defendant's responses.

The Court has afforded Plaintiff with ample time and opportunity to identify, substitute, and serve the Doe defendants. Any further delay will be prejudicial to Defendant Toon, who filed an answer to the complaint on December 13, 2021. (Doc. 30.) The Court entered an amended scheduling order on January 9, 2023, and the deadline for filing a motion for summary judgment based on non-exhaustion of administrative remedies is March 14, 2023. (Doc. 75.) At this stage of the proceedings, no further time or effort shall be expended on bringing unnamed defendants into this action. Accordingly, the Court **ORDERS**:

1. Plaintiff's objections to the findings and recommendations, (Doc. 74), construed as a motion for reconsideration, is **DENIED**.
2. Defendants Does 1–3 are **DISMISSED**.
3. This action proceeds only on a medical indifference claim against CO Toon; and
4. This case is referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **March 2, 2023**

_____
UNITED STATES DISTRICT JUDGE

4