UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DE'ANDRAE FLOWERS,<br><br>        Plaintiff,<br><br>   v.<br><br>TOON,<br><br>        Defendant. | Case No. 1:19-cv-01027-JLT-CDB (PC)<br><br>ORDER DIRECTING PLAINTIFF TO RESPOND TO MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 83)<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff Michael De'Andrae Flowers is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983. On May 5, 2023, Defendant Zachary Toon filed a motion for summary judgment., which includes a notice of the motion and a warning as required by *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1988) (en banc), informing Plaintiff of the requirements of Rule 56 of the Federal Rules of Civil Procedure. (Docs. 83, 83-3.)

Local Rule 260(b) also sets forth the procedure for opposing the Defendant's version of the facts:

> Any party opposing a motion for summary judgment or summary adjudication shall reproduce the itemized facts in the Statement of Undisputed Facts and admit those facts that are undisputed and deny those that are disputed, including with each denial a citation to the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission, or other document relied upon in support of that denial.

L.R. 260(b). Additionally, "[a] responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect . . . ." L.R. 230(c).

Accordingly, it is hereby ORDERED that, **within fourteen (14) days** from the date of service of this Order, Plaintiff shall file an opposition or a notice of non-opposition response to Defendant's motion for summary judgment. If Plaintiff fails to comply, the Court will issue findings and recommendations on the motion for summary judgment as unopposed and without further notice to Plaintiff.

The Clerk of Court is directed to serve a copy of this Order on Plaintiff as follows:

Michael De' Andrae Flowers, #BG3184
Deadwood Conservation Camp #23
17148 McAdams Creek Road
Fort Jones, CA 96032-9772

IT IS SO ORDERED.

Dated:   **May 22, 2023**

UNITED STATES MAGISTRATE JUDGE

2