UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DE'ANDRAE FLOWERS,<br><br>  Plaintiff,<br><br>  v.<br><br>TOON,<br><br>  Defendant. | Case No. 1:19-cv-01027-JLT-CDB (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br>(Docs. 83, 87)<br><br>Clerk of Court to close the case. |

Defendant Toon filed a motion for summary judgment on May 5, 2023. (Doc. 83.) After Plaintiff failed to respond to the motion, the Court ordered Plaintiff to file an opposition or notice of non-opposition within 14 days. (Doc. 86.) The Court advised: "If Plaintiff fails to comply, the Court will issue findings and recommendations on the motion for summary judgment as unopposed and without further notice to Plaintiff." (*Id.* at 2.) Despite this warning, Plaintiff did not respond.

Thereafter, the assigned magistrate judge recommended that the motion for summary judgment be granted. (Docs. 83, 87.) Defendant demonstrated there are no genuine issues of material fact, and he is entitled to judgment as a matter of law on Plaintiff's Eighth Amendment medical indifference claim. The magistrate judge afforded Plaintiff fourteen days to file objections to the findings and recommendations. (Doc. 87 at 8.) Plaintiff has not filed objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this

case. After carefully reviewing the entire file, the Court finds the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on July 30, 2023, (Doc. 87), are **ADOPTED IN FULL**.
2. The Defendant's motion for summary judgment, (Doc. 83), is **GRANTED**.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 8, 2023**                                          _____
                                                                                            UNITED STATES DISTRICT JUDGE